171 A.3d 1258

SQUIRETOWN PROPERTIES, LLC, PLAINTIFF-PETITIONER, v. TOWNSHIP OF LIVINGSTON AND LIVINGSTON TOWNSHIP COUNCIL, DEFENDANTS-RESPONDENTS.

C–200 Sept.Term 2017
079695

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000528–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.